**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MAURICE D. ABLE,<br><br>Plaintiff,<br><br>v.<br><br>LACKEY, *et al.*,<br><br>Defendants. | Case No. 2:21-cv-00105-NR |

**JOINT MOTION TO STAY ENTRY OF JUDGMENT ON THE JURY VERDICT**

The Parties, by their respective counsel, respectfully move for a Stay of Entry of Judgment on the Jury Verdict, as follows:

1. A jury trial in this matter was held from February 23, 2026 through March 2, 2026.

2. On March 3, 2026, the jury in this matter found that Plaintiff, Maurice D. Able ("Mr. Able") had proven his claims under 42 U.S.C. § 1983 against Defendants, Candice Lackey ("Ms. Lackey") and Michael Beers ("Mr. Beers"). (See ECF. 188). The jury returned a verdict in favor of Defendants Ramirez and Rymniak. *Id.*

3. Specifically, the jury awarded Mr. Able nominal damages in the amount of $1.00 and  punitive damages in the amount of $37,500.00 against Ms. Lackey.

4. Further, the jury awarded Mr. Able nominal damages in the amount of $1.00 against Mr. Beers.

5.  Pursuant to Fed. R. Civ. P. 58, the Clerk is to promptly prepare and enter the judgment on the jury's verdict.

1

6.    The Parties would like to explore whether settlement is possible, before expending time and expense on post-trial motions.

7.    Accordingly, the Parties request the Court Order a stay of the entry of judgment on the verdict, until such time as any Party requests that the stay be lifted.

8.    In order to allow the parties sufficient time to continue settlement discussions and potentially resolve the matter without further proceedings, the parties jointly request that the Court stay the entry of judgment for sixty (60) days.

9.    The Parties agree that the time for filing of any Motion for Judgment as a Matter of Law under Fed. R. Civ. P. 50, any Motion for a New Trial or to Alter or Amend the Verdict under Fed. R. Civ. P. 59, or any Motion for Attorneys' Fees or for Costs under Fed. R. Civ. P. 54, shall not run unless or until the stay is lifted and a judgment on the verdict is entered.

WHEREFORE, the Parties respectfully request entry of the attached Proposed Order directing the clerk to stay Entry of Judgment on the Verdict.

Date: March 6, 026

Respectfully Submitted,

/s/ Rachel L. McElroy
Rachel L. McElroy, Esq.
PA ID No. 321624
McElroy Law Firm, LLC
960 Penn Ave., #1001
Pittsburgh, PA 15222
Phone: 412-620-8735
rachel@mcelroylawfirm.com

/s/ Kelly K. Iverson
Kelly K. Iverson
PA ID No. 307175
Connor P. Hayes
PA ID No. 330447
**Lynch Carpenter, LLP**
1133 Penn Avenue-5th Floor
Pittsburgh, PA 15222
Telephone: (412) 322-9243

/s/ Joan E. Owhe
Joan E. Owhe
Margaret A. Potter
Pennsylvania Office of Attorney General
Litigation Section
1251 Waterfront Place
Mezzanine Level
Pittsburgh, PA 15222
(412) 627-0365
jowhe@attorneygeneral.gov
mpotter@attorneygeneral.gov

*Attorneys for Defendants*

2

kelly@lcllp.com
connorh@lcllp.com

*Attorneys for Plaintiff*

3